# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

No. 1D20-1953

————————————————

PAUL E. KNIGHT,

Appellant,

v.

DEPARTMENT OF CORRECTIONS,

Appellee.

————————————————

On appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

September 28, 2021

PER CURIAM.

AFFIRMED.

RAY, MAKAR, and M.K. THOMAS, JJ., concur.

————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————

Paul E. Knight, pro se, Appellant.

Ashley Moody, Attorney General, and Kelly R. Forren, Assistant Attorney General, Tallahassee, for Appellee.